IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10814
Conference Calendar
_____

KENNETH WAYNE MORNES,

Plaintiff-Appellant,

versus

DAVID EDGEWORTH, DR; J. CANNADY,
RN; DAVID WILLIAMS, SHERIFF,
TARRANT CTY TX,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:95-CV-348-A
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Kenneth Wayne Mornes challenges the dismissal of his complaint pursuant to 28 U.S.C. § 1915(d). He argues that he was denied adequate medical care while he was a pretrial detainee at the Tarrant County Jail. We have reviewed the records and the parties' briefs and AFFIRM for the reasons set forth by the district court.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.